**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Salah Abdulhasan Akbar,<br>Petitioner,<br>v.<br>Eric Rokosky,<br>Respondent. | No. CV-26-02541-PHX-JJT (JFM)<br><br>**ORDER** |

Petitioner, a native and citizen of Iraq, filed a § 2241 petition on April 13, 2026, while detained at the Eloy Detention Center. Respondent answered the petition on April 24, 2026, asserting Petitioner was not entitled to relief. (Doc. 7). As of the date of this order, the Department of Homeland Security's Immigration and Customs Enforcement Online Detainee Locator System returns "zero (0) matching records" for an individual with Petitioner's A number and a birth country of Iraq. Accordingly,

**IT IS ORDERED that** Respondent shall have until **September 8, 2026**, to file notice advising whether Petitioner is detained by the Department of Homeland Security within the United States, or Petitioner has been removed from the United States or released from detention and the petition is therefore moot.

Dated this 1st day of September, 2026.

Honorable John J. Tuchi
United States District Judge